UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 23-00343
ARIANA WALKER  )
 )  Chapter: 13
 )  Honorable Carol A. Doyle
 )
 )
Debtor(s)  )

## ORDER GRANTING MOTION TO SELL PROPERTY AND SHORTEN NOTICE

This case is before the court on the Debtor's Motion to Sell Property and to Shorten Notice, and IT IS SO ORDERED that the motion is granted as follows:

1. The Debtor is given leave for this motion to be heard on shortened notice and despite the failure to comply with the rules requiring 7 days notice for presenting a motion in court.

2. The Debtor may sell her interest in the real property located at 9540 S. Bishop St., Chicago, IL 60643.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: March 14, 2023

**Prepared by:**

Dustin B. Allen
Attorney for Debtor
Law Offices of David Freydin, Ltd.
8707 Skokie Blvd, #312
Skokie, IL 60077
847-972-6157
Dustin@FreydinLaw.com