Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: Ariana D. Walker              )   Chapter 13
                                     )
                                     )   No. 23-00343
                                     )
           Debtor(s)                 )   Judge Carol A. Doyle

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on June 8, 2023, at 9:30 am, I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, **either** in courtroom 742 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Debtor [to/for] Object Claim 14-1 (Internal Revenue Service), a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 155 8289, and the passcode is Doyle742. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: David Freydin

Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

## CERTIFICATE OF SERVICE

I, David Freydin, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on May 9, 2023, at 5:00 pm.

/s/ David Freydin
[Signature]

# CERTIFICATE OF SERVICE

I hereby certify that in this 9th day of May, 2023, I placed a true and correct copy of the foregoing DEBTOR'S OBJECTION TO CLAIM 14-1 (INTERNAL REVENUE SERVICE) in the U.S. Mail, first-class, postage prepaid, addressed to the following parties:

Thomas H. Hooper, Chapter 13 Trustee
55 E. Monroe St., Ste 3850
Chicago, IL 60604
*via electronic court notification*

D. Patrick Mullarkey, Tax Division (DOJ)
P.O. Box 55
Ben Franklin Station
Washington DC, 20044
*via certified U.S. Mail*

United States Attorney
Civil Process Clerk
219 South Dearborn St., Room 500
Chicago, IL 60604
*via Certified U.S. Mail*

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101
*via Certified U.S. Mail*


/s/ David Freydin
David Freydin

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23 B 00343 |
| Ariana D. Walker, ) | |
| ) | Honorable Carol A. Doyle |
| ) | |
| Debtor. ) | Chapter 13 |

## DEBTOR'S OBJECTION TO CLAIM 14-1 (INTERNAL REVENUE SERVICE)

NOW COMES Ariana D. Walker, Debtor, by and through her attorney, David Freydin, and hereby moves this Honorable Court to enter an Order sustaining Debtor's objection to claim 14-1, and in support thereof, the Debtor states the following:

1. On January 11, 2023, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On March 3, 2023, Department of the Treasury – Internal Revenue Service, filed proof of claim 14-1, in the amount of $15,219.13. See Exhibit A.

3. This claim alleges an estimated amount of $9,933.80 is owed for tax year 2022 as priority tax debt.

4. The Debtor subsequently filed her 2022 Federal Tax Returns with no amount due for 2022; indeed, she is owed a refund. See Exhibit B.

5. Debtor respectfully requests this Honorable Court sustain this objection to Claim 14-1 and reduce the total claim and amount entitled to priority by $9,933.80.

WHEREFORE, Ariana D. Walker, Debtor, respectfully requests that this Honorable Court enter an Order sustaining this objection and for any other relief this Court deems fair and just.

Respectfully submitted,

_____/s/ *David Freydin*_____
Attorney for the Debtor

The Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157