# Form 1040 — U.S. Individual Income Tax Return (2022)

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box): [ ] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [X] Head of household (HOH)  [ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

Your first name and middle initial: ARIANA
Last name: WALKER
Your social security number: 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

If joint return, spouse's first name and middle initial: 
Last name: 
Spouse's social security number: 

Home address (number and street): 3642 MONROE ST
Apt. no.: 
City: LANSING    State: IL    ZIP code: 60438

Presidential Election Campaign: [ ] You  [ ] Spouse

**Digital Assets**: At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? [ ] Yes  [X] No

**Standard Deduction** — Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent  [ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**: You: [ ] Were born before January 2, 1958  [ ] Are blind    Spouse: [ ] Was born before January 2, 1958  [ ] Is blind

## Dependents

| (1) First name Last name | (2) Social security number | (3) Relationship to you | (4) Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| AMBER PHILLIPS | 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 | DAUGHTER | [X] | [ ] |
| ALEXANDRIA WALKER | 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 | DAUGHTER | [X] | [ ] |

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 | 86,749. |
| 1b | Household employee wages not reported on Form(s) W-2 | |
| 1c | Tip income not reported on line 1a | |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 | |
| 1e | Taxable dependent care benefits from Form 2441, line 26 | |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 | |
| 1g | Wages from Form 8919, line 6 | |
| 1h | Other earned income | |
| 1i | Nontaxable combat pay election | |
| 1z | Add lines 1a through 1h | 86,749. |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 6c | Lump-sum election method (check here) | [ ] |
| 7 | Capital gain or (loss). Attach Schedule D if required. | 0. |
| 8 | Other income from Schedule 1, line 10 | -14,707. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. Total income | 72,042. |
| 10 | Adjustments to income from Schedule 1, line 26 | 0. |
| 11 | Subtract line 10 from line 9. Adjusted gross income | 72,042. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 19,400. |
| 13 | Qualified business income deduction from Form 8995 or 8995-A | |
| 14 | Add lines 12 and 13 | 19,400. |
| 15 | Subtract line 14 from line 11. Taxable income | 52,642. |

Standard Deduction for—
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11320B    Form **1040** (2022)

Form 1040 (2022) ARIANA WALKER                                                                  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   Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 6,022. |
| | 17 | Amount from Schedule 2, line 3 | 17 | 0. |
| | 18 | Add lines 16 and 17 | 18 | 6,022. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | 4,000. |
| | 20 | Amount from Schedule 3, line 8 | 20 | 0. |
| | 21 | Add lines 19 and 20 | 21 | 4,000. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 2,022. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 2,022. |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 | | |
| | b | Form(s) 1099 .......... 25a  4,567. | | |
| | c | Other forms (see instructions) .... 25b | | |
| | d | Add lines 25a through 25c ...... 25c | | |
| | | | 25d | 4,567. |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2022 estimated tax payments and amount applied from 2021 return | 26 | |
| | 27 | Earned income credit (EIC) ..... 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 .. 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 . 29 | | |
| | 30 | Reserved for future use ...... 30 | | |
| | 31 | Amount from Schedule 3, line 15 ... 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 4,567. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 2,545. |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | 2,545. |
| Direct deposit? See instructions. | b | Routing number  0 4 4 1 1 1 1 9 1    c Type: ☒ Checking  ☐ Savings | | |
| | d | Account number  5 1 1 7 2 3 7 3 3 7 3 8 5 | | |
| | 36 | Amount of line 34 you want **applied to your 2023 estimated tax** ... 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to www.irs.gov/Payments or see instructions . | 37 | 0. |
| | 38 | Estimated tax penalty (see instructions) ......... 38 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS? See instructions | ☐ Yes. Complete below. | ☒ No |
| | | Designee's name  Phone no.  Personal identification number (PIN) | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature  [signed]  Date 4/3/23  Your occupation DELIVERY  If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, **both** must sign.  Date  Spouse's occupation  If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.)

Phone no.  Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature SELF-PREPARED | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Firm's name | | | Phone no. | |
| Firm's address | | | Firm's EIN | |

Go to www.irs.gov/Form1040 for instructions and the latest information.

Form **1040** (2022)

| | | |
|---|---|---|
| **SCHEDULE 1** (Form 1040) | **Additional Income and Adjustments to Income** | OMB No. 1545-0074 |
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, or 1040-NR. Go to *www.irs.gov/Form1040* for instructions and the latest information. | **2022** Attachment Sequence No. 01 |

Name(s) shown on Form 1040, 1040-SR, or 1040-NR: ARIANA WALKER

Your social security number: 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

### Part I  Additional Income

| # | Description | Amount |
|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 2a | Alimony received | |
| b | Date of original divorce or separation agreement (see instructions): | |
| 3 | Business income or (loss). Attach Schedule C | -14,707. |
| 4 | Other gains or (losses). Attach Form 4797 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 6 | Farm income or (loss). Attach Schedule F | |
| 7 | Unemployment compensation | |
| 8 | Other income: | |
| a | Net operating loss | ( ) |
| b | Gambling | |
| c | Cancellation of debt | |
| d | Foreign earned income exclusion from Form 2555 | ( ) |
| e | Income from Form 8853 | |
| f | Income from Form 8889 | |
| g | Alaska Permanent Fund dividends | |
| h | Jury duty pay | |
| i | Prizes and awards | |
| j | Activity not engaged in for profit income | |
| k | Stock options | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | |
| n | Section 951(a) inclusion (see instructions) | |
| o | Section 951A(a) inclusion (see instructions) | |
| p | Section 461(l) excess business loss adjustment | |
| q | Taxable distributions from an ABLE account (see instructions) | |
| r | Scholarship and fellowship grants not reported on Form W-2 | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | ( ) |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan | |
| u | Wages earned while incarcerated | |
| z | Other income. List type and amount: | |
| 9 | Total other income. Add lines 8a through 8z | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | -14,707. |

For Paperwork Reduction Act Notice, see your tax return instructions.  Cat. No. 71479F  Schedule 1 (Form 1040) 2022

Schedule 1 (Form 1040) 2022　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **2**

| Part II | Adjustments to Income | | |
|---|---|---|---|
| 11 | Educator expenses | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | 15 | |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | 16 | |
| 17 | Self-employed health insurance deduction | 17 | |
| 18 | Penalty on early withdrawal of savings | 18 | |
| 19a | Alimony paid | 19a | |
| b | Recipient's SSN | | |
| c | Date of original divorce or separation agreement (see instructions): | | |
| 20 | IRA deduction | 20 | |
| 21 | Student loan interest deduction | 21 | |
| 22 | Reserved for future use | 22 | |
| 23 | Archer MSA deduction | 23 | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) . . . . . . . . . . . . . . . . . | 24a | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | 24c | |
| d | Reforestation amortization and expenses | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | 24h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | |
| j | Housing deduction from Form 2555 | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | 24k | |
| z | Other adjustments. List type and amount: _____ | 24z | |
| 25 | Total other adjustments. Add lines 24a through 24z | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income**. Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a | 26 | |

Schedule 1 (Form 1040) 2022

# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
(Sole Proprietorship)

Go to www.irs.gov/ScheduleC for instructions and the latest information.
Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.

OMB No. 1545-0074

2022

Attachment Sequence No. 09

Name of proprietor: ARIANA WALKER

Social security number (SSN): 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

A Principal business or profession, including product or service (see instructions): DELIVERY

B Enter code from instructions: 485300

C Business name. If no separate business name, leave blank: FORM 1099 FROM DOORDASH INC

D Employer ID number (EIN) (see instr.): 46 2852392

E Business address (including suite or room no.)
City, town or post office, state, and ZIP code

F Accounting method: (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify)

G Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses. ☒ Yes ☐ No

H If you started or acquired this business during 2022, check here ☐

I Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions ☐ Yes ☒ No

J If "Yes," did you or will you file required Form(s) 1099? ☐ Yes ☐ No

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ☐ | 1 | 2,413. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 2,413. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 2,413. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 | 7 | 2,413. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 9,276. | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | 663. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 22 | Supplies (not included in Part III) | 22 | 1,251. |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | 1,310. |
| 15 | Insurance (other than health) | 15 | 2,164. | b | Deductible meals (see instructions) | 24b | 826. |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 1,130. |
| 17 | Legal and professional services | 17 | 500. | b | Reserved for future use | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a | | | | | 28 | 17,120. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | -14,707. |

30 Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.
   Simplified method filers only: Enter the total square footage of (a) your home: _____
   and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . | 30 | |

31 Net profit or (loss). Subtract line 30 from line 29.
   • If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions.) Estates and trusts, enter on Form 1041, line 3.
   • If a loss, you must go to line 32. | 31 | -14,707. |

32 If you have a loss, check the box that describes your investment in this activity. See instructions.
   • If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on Form 1041, line 3.
   • If you checked 32b, you must attach Form 6198. Your loss may be limited.

   32a ☒ All investment is at risk.
   32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.   Cat. No. 11334P   Schedule C (Form 1040) 2022

Schedule C (Form 1040) 2022                                                                                          Page 2

## Part III — Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . .  35

36  Purchases less cost of items withdrawn for personal use . . . . . . . . . . . .  36

37  Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . .  37

38  Materials and supplies . . . . . . . . . . . . . . . . . . . . . .  38

39  Other costs . . . . . . . . . . . . . . . . . . . . . . . . .  39

40  Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . .  40

41  Inventory at end of year . . . . . . . . . . . . . . . . . . . . .  41

42  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . .  42

## Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year)  01/29/22

44  Of the total number of miles you drove your vehicle during 2022, enter the number of miles you used your vehicle for:

a  Business  13106   b  Commuting (see instructions) _____   c  Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . ☒ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . ☒ Yes  ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

  b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . ☒ Yes  ☐ No

## Part V — Other Expenses.
List below business expenses not included on lines 8–26 or line 30.

| Description | Amount |
|---|---|
| CELL PHONE MAINTENANCE | 1,130. |

48  Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . .  48  1,130.

Schedule C (Form 1040) 2022

| SCHEDULE 8812<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service | Credits for Qualifying Children<br>and Other Dependents<br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to www.irs.gov/Schedule8812 for instructions and the latest information. | OMB No. 1545-0074<br>2022<br>Attachment<br>Sequence No. 47 |
|---|---|---|
| Name(s) shown on return<br>ARIANA WALKER | | Your social security number<br>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 |

**Part I   Child Tax Credit and Credit for Other Dependents**

| | | | |
|---|---|---|---:|
| 1 | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR . . . . . . . . . . . . | 1 | 72,042. |
| 2a | Enter income from Puerto Rico that you excluded . . . . . . . . . . 2a | | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 . . . . . . . 2b | | |
| c | Enter the amount from line 15 of your Form 4563 . . . . . . . . . 2c | | |
| d | Add lines 2a through 2c . . . . . . . . . . . . . . . . . . . . . . | 2d | |
| 3 | Add lines 1 and 2d . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 72,042. |
| 4 | Number of qualifying children under age 17 with the required social security number   4 | 2 | |
| 5 | Multiply line 4 by $2,000 . . . . . . . . . . . . . . . . . . . . . | 5 | 4,000. |
| 6 | Number of other dependents, including any qualifying children who are not under age 17 or who do not have the required social security number . . . . . . . .   6 | | |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4. | | |
| 7 | Multiply line 6 by $500 . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Add lines 5 and 7 . . . . . . . . . . . . . . . . . . . . . . . | 8 | 4,000. |
| 9 | Enter the amount shown below for your filing status.<br>• Married filing jointly—$400,000<br>• All other filing statuses—$200,000 . . . . . . . . . . . . . . | 9 | 200,000. |
| 10 | Subtract line 9 from line 3.<br>• If zero or less, enter -0-.<br>• If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. . . . . . . | 10 | 0. |
| 11 | Multiply line 10 by 5% (0.05) . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Is the amount on line 8 more than the amount on line 11? . . . . . . . . . . . . . . | 12 | 4,000. |
| | ☐ **No. STOP.** You cannot take the child tax credit, credit for other dependents, or additional child tax credit. Skip Parts II-A and II-B. Enter -0- on lines 14 and 27.<br>☒ **Yes.** Subtract line 11 from line 8. Enter the result. | | |
| 13 | Enter the amount from the **Credit Limit Worksheet A** . . . . . . . . . . . . . . . | 13 | 6,022. |
| 14 | Enter the smaller of line 12 or line 13. **This is your child tax credit and credit for other dependents** . . . . .<br>Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 19. | 14 | 4,000. |

If the amount on line 12 is more than the amount on line 14, you may be able to take the **additional child tax credit** on Form 1040, 1040-SR, or 1040-NR, line 28. Complete your Form 1040, 1040-SR, or 1040-NR through line 27 (also complete Schedule 3, line 11) before completing Part II-A.

For Paperwork Reduction Act Notice, see your tax return instructions.   Cat. No. 59761M   Schedule 8812 (Form 1040) 2022

Schedule 8812 (Form 1040) 2022 Page **2**

## Part II-A  Additional Child Tax Credit for All Filers

**Caution:** If you file Form 2555, you cannot claim the additional child tax credit.

| | | |
|---|---|---|
| 15 | Check this box if you **do not** want to claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . . ▢ | |
| 16a | Subtract line 14 from line 12. If zero, **stop here**; you cannot take the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . . . . . . . . . . . . . . . . | 16a |
| b | Number of qualifying children under 17 with the required social security number: _____ x $1,500. Enter the result. If zero, **stop here**; you cannot claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . TIP: The number of children you use for this line is the same as the number of children you used for line 4. | 16b |
| 17 | Enter the **smaller** of line 16a or line 16b . . . . . . . . . . . . . . . . . . | 17 |
| 18a | Earned income (see instructions) . . . . . . . . . . . | 18a | |
| b | Nontaxable combat pay (see instructions) . . . . . . | 18b | | |
| 19 | Is the amount on line 18a more than $2,500?  ▢ No.  Leave line 19 blank and enter -0- on line 20.  ▢ Yes. Subtract $2,500 from the amount on line 18a. Enter the result . . . . | 19 | |
| 20 | Multiply the amount on line 19 by 15% (0.15) and enter the result . . . . . . . . . . . . . . Next. On line 16b, is the amount $4,500 or more?  ▢ No.  If you are a bona fide resident of Puerto Rico, go to line 21. Otherwise, skip Part II-B and enter the **smaller** of line 17 or line 20 on line 27.  ▢ Yes. If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21. | 20 |

## Part II-B  Certain Filers Who Have Three or More Qualifying Children and Bona Fide Residents of Puerto Rico

| | | |
|---|---|---|
| 21 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see instructions . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 . | 22 | |
| 23 | Add lines 21 and 22 . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | 1040 and 1040-SR filers: Enter the total of the amounts from Form 1040 or 1040-SR, line 27, and Schedule 3 (Form 1040), line 11. 1040-NR filers: Enter the amount from Schedule 3 (Form 1040), line 11. | 24 | |
| 25 | Subtract line 24 from line 23. If zero or less, enter -0- . . . . . . . . . . . . . | 25 | |
| 26 | Enter the **larger** of line 20 or line 25 . . . . . . . . . . . . . . . . . Next, enter the **smaller** of line 17 or line 26 on line 27. | 26 | |

## Part II-C  Additional Child Tax Credit

| | | |
|---|---|---|
| 27 | This is your additional child tax credit. Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 28 . . | 27 | |

Schedule 8812 (Form 1040) 2022